# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| TRISTINE GIVENS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:21-cv-98 |
| v. ) | |
| ) | Judge Atchley |
| ) | |
| WALMART STORES EAST, LP, ) | Magistrate Judge Steger |
| ) | |
| *Defendant*. ) | |

## VERDICT FORM

We, the jury, unanimously answer the questions submitted by the Court as follows:

1. Do you find the defendant to be at fault? (The plaintiff has the burden of proof.)

   Yes  X      No ____

*If your answer is "no", stop here, sign the verdict form, and return to the Court. If your answer is "yes", proceed to Question 2.*

2. Do you find the plaintiff to be at fault? (The defendant has the burden of proof.)

   Yes  X       No _____

*If your answer is "no", you have found defendant 100% at fault and therefore you should skip question 3 and proceed to question 4. If your answer is "yes", proceed to question 3.*

3. If you have found both parties to be at fault, considering all the fault at One Hundred Percent (100%), what percentage of fault do you attribute to each of the parties?

   | | | |
   |---|---|---|
   | Plaintiff | 30 | % (0-100%) |
   | Defendant | 70 | % (0-100%) |
   | Total | 100% | |

*If you find plaintiff to be 50% or more at fault, stop here, sign this form, and return to Court. A plaintiff 50% or more at fault is not entitled to recover damages. If you find that plaintiff is less than 50% at fault, proceed to question 4.*

4. Decide the total amount of damages sustained by the Plaintiff. Do not reduce those damages by any percentage of fault you may have assigned to Plaintiff. It is the responsibility of the Judge, after you return your verdict, to reduce the damages you award, if any, by the percentage of fault you assign to Plaintiff. What amount of damages, if any, do you find were sustained by Plaintiff Tristine Givens?

(Burden of proof is on the plaintiff).

TOTAL DAMAGES $ 500,000.00

Once you have completed this form, have your foreperson sign below and return it to the Court.

████████████████  8-23-2023
Foreperson        Date